IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No.   23cr10140 |
| ) | |
| VINCENT LAMBERT, ) | |
| ) | |
| Defendant ) | |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States Attorney hereby moves this Court to direct that the Indictment, this Motion to Seal, the Court's order on this motion, the docket sheet, and any other paperwork related to this matter, be sealed until the defendant is arrested. Public disclosure of these materials will jeopardize the ongoing investigation of this case.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: /s/ Samuel R. Feldman
Samuel R. Feldman
Assistant U.S. Attorney

Date: May 23, 2023





allowed
Page Kelley
5/23/23