UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No.: 23-cr-10140-IT |
| ) | |
| VINCENT LAMBERT ) | |

## MOTION TO WITHDRAW AS COUNSEL

Now comes Interim Federal Public Defender Oscar Cruz, Jr. and hereby moves to withdraw as counsel in this matter. As grounds, Assistant Public Defender Cara McNamara has been assigned as counsel.

Respectfully submitted,
VINCENT LAMBERT

By his Attorney,

*/s/ Oscar Cruz, Jr.*
Oscar Cruz, Jr.
B.B.O. # 630813
Interim Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 30, 2023.

*/s/ Oscar Cruz, Jr.*
Oscar Cruz, Jr.