UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>VINCENT LAMBERT,<br><br>Defendant | Cr. No. 23-10140-IT |

JOINT STATUS REPORT

On May 23, 2023, a grand jury returned an indictment charging the defendant with three counts of Distribution of Methamphetamine, in violation of 21 U.S.C. § 846. The indictment charges drug quantities that trigger mandatory-minimum sentences under 21 U.S.C. § 841(b).

Defendant was arrested on June 7, 2023, and appeared in Court on that date. At his arraignment on June 12, 2023, defendant consented to voluntary detention and remains detained.

Pursuant to Local Rule 116.5(b), the parties submit the following joint status report.

1. **Automatic Discovery and Discovery Requests**

The government provided initial automatic discovery on July 20, 2023. Defense counsel recently made additional discovery requests and is requesting a final status conference in early January to review the discovery and negotiate a resolution.

2. **Timing of Additional Discovery**

The government will provide any additional exculpatory information as provided by the Local Rules.

3. **Timing of Additional Discovery Requests**

Defendant recently requested certified copies of the defendant's prior convictions; the government will produce those as they are received from the state courts.

4. **Protective Orders**

No party has filed for a motion for a protective order.

5. **Pretrial Motions**

The defendant has not filed any pretrial motions under Fed. R. Crim. P. 12(b). He reserves the right to file after complete review of discovery.

6. **Timing of Expert Disclosures**

The Court has not yet established a date for expert witness disclosures. The government will provide expert disclosures as required by Rule 16.

7. **Defenses**

The defendant needs additional time to review discovery before deciding whether he intends to raise any affirmative defenses to the present charges.

8. **Excludable Delay**

Zero days of non-excludable time have accrued and 70 days will remain under the Act in which the case must be tried.

9. **Plea Discussions, Trial**

The parties have not engaged in plea negotiations. It is therefore difficult to assess the likelihood of trial. Any trial is anticipated to last 2-3 days.

10. **Timing of Interim Status Conference**

The Court may wish to cancel the conference scheduled for December 6, 2023, as there is no need for the hearing in light of the information set forth in this report. The parties suggest that

the Court set an interim status conference for early January. The parties jointly request that any Speedy Trial Act time be excluded from December 6, 2023, until any further status conference that the Court schedules.

        Respectfully submitted,

        JOSHUA S. LEVY
        Acting United States Attorney


       By: */s/ Samuel R. Feldman*
        Samuel R. Feldman
        Assistant United States Attorney
        United States Attorney's Office
        1 Courthouse Way
        Boston, MA 02210

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                                */s/ Samuel R. Feldman*
                                                Samuel R. Feldman
                                                Assistant United States Attorney

Date: November 30, 2023