UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Action No. 1:23-cr-10140-IT |
| | * | |
| Vincent Lambert, | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER EXCLUDING TIME

February 27, 2024

TALWANI, D.J.

At the February 27, 2024 interim status conference, the Government moved, with the assent of the Defendant, to exclude time through April 16, 2024. For the reasons stated herein, the motion is GRANTED.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the court is permitted to exclude "any period of delay resulting from a continuance" where the ends of justice served in the delay outweigh the best interests of the public and the Defendant in a speedy trial. The court so finds, where the delay through April 16, 2024, will provide time for the parties to further engage in plea negotiations.

The court previously excluded time under the Speedy Trial Act through February 28, 2024. Order [Doc. No. 41]. Accordingly, the court hereby ORDERS that the period from February 28, 2024, through April 16, 2024, be excluded from the Speedy Trial Act calculation of time within which a trial must begin.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge