UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 1:23-CR-10140-IT |
| | ) | |
| | ) | |
| VINCENT LAMBERT | ) | |

## ASSENTED TO MOTION TO CONTINUE STATUS HEARING

Counsel for Mr. Lambert files this assented to motion to continue the status conference presently scheduled for April 16, 2024. As grounds, the parties are continuing to negotiate the terms of a potential plea agreement and require some additional time. Second, counsel for Mr. Lambert will be out of state for a funeral on April 16th, 2024 and requests to continue this date for a period of approximately 30 days. Counsel represents that she discussed this request with Assistant United States Attorney Sam Feldman, who assents the motion.

    Respectfully submitted,
    VINCENT LAMBERT
    By his Attorney,
    */s/ Cara McNamara*
    Cara McNamara
    BBO 712096
    Assistant Federal Public Defender
    Federal Public Defender Office
    51 Sleeper Street, 5th Floor
    Boston, MA  02210
    Tel: 617-223-8061

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 10, 2024.

               */s/ Cara McNamara*
               Cara McNamara