

# Memorandum

To: Honorable Indira Talwani, U.S. District Judge

From: Crystal Monteiro, U.S. Probation Officer

Date: July 24, 2024

Re: Lambert, Vincent
     Docket No. 0101 1:23CR10140-FDS-1

---

The above-referenced case is scheduled for sentencing before Your Honor on September 3, 2024.

On June 11, 2024, I was assigned the presentence investigation for the above-mentioned case. As of this filing, I have not received the statement of facts from counsel for the government and will not have adequate time to complete the presentence investigation in accordance with Rule 32 disclosure timelines. Therefore, a 30-day continuance of the sentencing hearing is being sought to allow for the submission of the statement of facts and completion of the presentence investigation.

1