UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>VINCENT LAMBERT,<br><br>             Defendant | Cr. No. 23-10140-IT |

GOVERNMENT'S STATEMENT IN RESPONSE TO COURT ORDER

In response to the Court's Order, ECF No. 59, the government states that it provided the statement of facts to U.S. Probation with a copy to defense counsel on July 25, 2024, at 1:02 p.m. ET.  The statement was not timely produced due to an oversight by government counsel.

                Respectfully submitted,

                JOSHUA S. LEVY
                Acting United States Attorney

By:    */s/ Samuel R. Feldman*
        Samuel R. Feldman
        Assistant U.S. Attorney

Date:  July 25, 2024