UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 1:23-CR-10140-IT |
| ) | |
| ) | |
| VINCENT LAMBERT ) | |

**ASSENTED TO MOTION TO CONTINUE SENTENCING HEARING**

Counsel for Mr. Lambert files this assented to motion to continue the sentencing hearing presently scheduled for October 3, 2024, to a date in early December, 2024. As grounds, Mr. Lambert is currently trying to resolve an open state matter prior to the imposition of his sentencing in the above captioned case, as it will affect his classification level in the Bureau of Prisons. Counsel has been in communication with the state probation department in an effort to schedule the state matter promptly for hearing, and in communication with the government to facilitate Mr. Lambert's presence. Counsel expects that this matter can be resolved in the time requested in this motion.

Counsel represents that she conferred with Assistant United States Attorney Sam Feldman about this motion, and the government assents.

Respectfully submitted,
VINCENT LAMBERT
By his Attorney,
*/s/ Cara McNamara*
Cara McNamara
BBO 712096
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 23, 2024.

                                                */s/ Cara McNamara*
                                                Cara McNamara